**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

COMMODITIES EXPORT COMPANY,

    Plaintiff,

v.                                                        Case No. 09-CV-11060-DT

CITY OF DETROIT and
THE UNITED STATES OF AMERICA,

    Defendants.
                                                         /

**ORDER TERMINATING AS MOOT MOTION FOR PRELIMINARY INJUNCTION**

On July 14, 2009, the court conducted a scheduling conference in the above-captioned matter. During the conference, the parties agreed that, in light of the intended schedule on which this case will proceed, Plaintiff's pending motion for preliminary injunction can be terminated as moot. Accordingly,

IT IS ORDERED that Plafintiff's motion for preliminary injunction [Dkt # 13] is TERMINATED as moot. A separate scheduling order will issue.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 16, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 16, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522