# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COMMODITIES EXPORT COMPANY,

    Plaintiff/Counter-Defendant,

v.                                                             Case No. 09-CV-11060-DT

CITY OF DETROIT, UNITED STATES OF AMERICA,

    Defendants/Cross-Defendants,

and

DETROIT INTERNATIONAL BRIDGE COMPANY,

    Defendant/Counter-Plaintiff/Cross-Plaintiff/Third Party Plaintiff,

v.

WALTER LUBIENSKI and DEAN AYTES,

    Third Party Defendants.

_____/

## OPINION AND ORDER DENYING AS MOOT COUNTER DEFENDANT AND THIRD PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIMS OF THE DIBC

Before the court is a "Motion for Summary Judgment as to the Claims of the DIBC," filed by Counter Defendant Commodities Export Company and Third Party Defendants Walter Lubienski and Dean Aytes. The motion is opposed by Counter Plaintiff/Third Party Plaintiff Detroit International Bridge Company ("DIBC"). The court has issued an order dismissing without prejudice all state law claims in this case. Thus, the issues raised in this motion are now moot. Accordingly,

IT IS ORDERED that the "Motion for Summary Judgment as to the Claims of the DIBC" [Dkt. # 54] is DENIED AS MOOT.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 30, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 30, 2010, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\09-11060.COMMODITIES.DenyAsMootCounterClaimSJ.wpd